IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | Case No. 16-32202 |
| | § | |
| **Ultra Petroleum Corp.,** | § | |
| | § | |
| Debtor. | § | Chapter 11 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for **Halliburton Energy Services, Inc.**, pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure, and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in this case, be transmitted to:

Carl Doré, Jr.
Doré Law Group, P.C.
17171 Park Row, Suite 160
Houston, Texas 77084
Tel: (281) 829-1555
Fax: (281) 200-0751
E-mail: carl@dorelawgroup.net

Dated: May 2, 2016.

        Respectfully submitted,

        DORÉ LAW GROUP, P.C.

        By:    */s/ Carl Doré, Jr.*
                Carl Doré, Jr.
                State Bar No. 06000600
                Kim Lewinski
                State Bar No. 24097994
                Zachary S. McKay
                State Bar No. 24073600
                17171 Park Row, Suite 160
                Houston, Texas 77084
                (281) 829-1555
                (281) 200-0751 Fax
                Email: carl@dorelawgroup.net
                Email: klewinski@dorelawgroup.net
                Email: zmkay@dorelawgroup.net
        *Attorneys for Halliburton Energy Services, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on May 2, 2016, a true and correct copy of the foregoing was served by the Court's Electronic Case Filing System to all parties registered or otherwise entitled to receive electronic notices.

        */s/ Carl Doré, Jr.*
        Carl Doré, Jr.