Case 16-32202   Document 1178   Filed in TXSB on 02/22/17   Page 1 of 2
Case 16-32202   Document 1147-1   Filed in TXSB on 02/17/2017   Page 2

ENTERED
02/22/2017

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ULTRA PETROLEUM CORP., *et al.*,[1] | § | Case No. 16-32202 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | **Re: Docket No. 1049** |

**ORDER FURTHER EXTENDING THE
DEBTORS' EXCLUSIVITY PERIODS TO FILE A
CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon the *Debtors' Motion to Further Extend Their Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. 1049] (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") extending their Exclusivity Periods, and upon the *Notice of Filing of Revised Proposed Order Further Extending the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof* [Docket No. __], the United States Bankruptcy Court for the Southern District of Texas (the "Court") orders:

1. The Debtors' exclusive period to file a chapter 11 plan for each Debtor is extended through and including April 15, 2017.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number (if any), are: Ultra Petroleum Corp. (3838); Keystone Gas Gathering, LLC; Ultra Resources, Inc. (0643); Ultra Wyoming, Inc. (6117); Ultra Wyoming LGS, LLC (0378); UP Energy Corporation (4296); UPL Pinedale, LLC (7214); and UPL Three Rivers Holdings, LLC (7158).

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

2. The Debtors' exclusive period to solicit acceptance of a chapter 11 plan for each Debtor is extended through and including June 15, 2017.

3. Entry of this Order is without prejudice to (a) the Debtors' ability to seek further extensions of the Exclusivity Periods pursuant to section 1121(d) of the Bankruptcy Code, and (b) the right of any party in interest to object to any further requests for extensions of the Exclusivity Periods.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:  2/22, 2017
Houston, Texas

THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE