**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ULTRA PETROLEUM CORP., et al., | ) | Case No. 16-32202 (MI) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**SUMMARY SHEET FOR FIRST FEE APPLICATION OF OPPORTUNE LLP FOR**
**ALLOWANCE AND PAYMENT OF FEE AND EXPENSES AS FINANCIAL ADVISOR**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM SEPTEMBER 22, 2016 THROUGH FEBRUARY 28, 2017**

| | |
|---|---|
| Name of Applicant | Opportune LLP |
| Professional Role | Financial Advisor to the Official Committee of Unsecured Creditors |
| Effective Date of Order Approving Financial Advisor's Retention | September 22, 2016 |
| Time Period Covered in Application | September 22, 2016 through February 28, 2017 |
| Time Period Covered in Prior Applications | N/A |
| Total Amounts Awarded in Prior Applications | N/A |
| Total Amounts Paid Prior to this Application | N/A |
| Amount of Retainer Received in Case | $0.00 |
| Total Fees Applied for in this Application and in all Prior Applications | $306,876.50 |
| Total Fees Applied for only this Application | $306,876.50 |
| Total Professional Fees Requested in this Application | $306,876.50 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification Number (if any) are: Ultra Petroleum Corp. (3838); Keystone Gas Gathering, LLC; Ultra Resources, Inc. (0643); Ultra Wyoming, Inc. (6117); Ultra Wyoming LGS, LLC (0378); UP Energy Corporation (4296); UPL Pinedale, LLC (7214); and UPL Three Rivers Holdings, LLC (7158).

1

| | |
|---|---|
| Total Professional Hours Covered by this Application | 769.7 |
| Average Hourly Rate for Professionals | $398.70 |
| Total Paraprofessional Fees Requested in this Application | N/A |
| Total Paraprofessional Hours Covered by this Application | N/A |
| Average Hourly Rate for Paraprofessionals | N/A |
| Reimbursable Expenses Sought in this Application | $197.13 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ULTRA PETROLEUM CORP., et al., | ) | Case No. 16-32202 (MI) |
| | ) | |
| Debtors.[1] | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**FIRST INTERIM FEE APPLICATION OF OPPORTUNE LLP FOR ALLOWANCE
AND PAYMENT OF FEES AND EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM SEPTEMBER 22, 2016 THROUGH FEBRUARY 28, 2017**

IF YOU OPPOSE THE APPLICATION, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 14 DAYS OF THE DATE THIS WAS SERVED ON YOU; OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification Number (if any) are: Ultra Petroleum Corp. (3838); Keystone Gas Gathering, LLC; Ultra Resources, Inc. (0643); Ultra Wyoming, Inc. (6117); Ultra Wyoming LGS, LLC (0378); UP Energy Corporation (4296); UPL Pinedale, LLC (7214); and UPL Three Rivers Holdings, LLC (7158).

3

TO THE HONORABLE MARVIN ISGUR:

Opportune LLP ("Opportune"), advisor for the Official Committee of Unsecured Creditors (the "Committee") of Ultra Petroleum Corp., et al (the "Debtors") submits the *First Fee Application of Opportune LLP for Allowance and Payment of Fees and Expenses as Advisor to the Official Committee of Unsecured Creditors for the Period from September 22, 2016 through February 28, 2017,* (the "Application") seeking the allowance of fees in the amount of $306,876.50 and reimbursement of expenses in the amount of $197.13, for the period September 22, 2016 through February 28, 2017 (the "Compensation Period").  In support of this Application, Opportune respectfully submits the following:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and other bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (Docket No. 295), and the applicable provisions of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "U.S. Trustee Guidelines").

## BACKGROUND

**A.  The Debtor's Chapter 11 Cases**

4

1. On April 29, 2016, (the "Petition Date"), the Debtors each filed voluntary petitions with the Court for reorganization relief under Chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

2. On May 5, 2016, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee") pursuant to section 1102(a)(1) of the Bankruptcy Code (Docket No. 102).

3. On June 13, 2016, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (Docket No. 295).

4. On August 8, 2016, the Committee filed the *Application for Order Authorizing Retention and Employment of Opportune LLP as Advisor to the Official Committee of Unsecured Creditors Effective as of August 8, 2016* (Docket No. 545) (the "Retention Application"), pursuant to which the Committee sought authority to retain and employ Opportune as its financial advisor pursuant to the terms of an engagement agreement (the "Engagement Agreement") dated August 8, 2016.

**B.  Retention of Opportune as Advisor to the Committee**

5. On September 22, 2016, the Court entered the *Order Authorizing Retention and Employment of Opportune LLP as Advisor to the Official Committee of Unsecured Creditors* (Docket No. 564) (the "Retention Order") approving the Retention Application and authorizing the retention and employment of Opportune pursuant to the terms of the Engagement Agreement.

6. Pursuant to the Retention Order, Opportune seeks final approval and payment of fees in the aggregate amount of $306,876.50 consisting of hourly fees (as defined in the Engagement Agreement) and expenses of $197.13 for a total award of $307,073.63.

**Summary of Services Rendered By Project Category**

7.    Since the Retention Order, Opportune has rendered services to the Committee as requested and as appropriate in furtherance of the interests of unsecured creditors. The variety and complexity of the issues in these cases in furtherance of the Committee's needs have required the expenditure of substantial time by Opportune personnel from several disciplines. The services rendered by Opportune to the Committee thus far in these Chapter 11 cases have been placed in nine (9) separate project categories. A billing summary by category is provided in Table 2 in Exhibit A. The project categories are as follows:

     a.   Administrative / case management

     b.   Coordination and communication with Debtor professionals

     c.   Coordination and communication with Committee professionals

     d.   Creditor committee meetings

     e.   Due diligence

     f.   Financial analysis / modeling

     g.   Reserve engineering

     h.   Restructuring plan and disclosure statement

     i.   Tax matters

8.   The following summary of services rendered during the Compensation Period is not intended to be a detailed description of the work performed, as those day-to-day services and the time expended in performing such services are fully set forth in Exhibit B. Rather, it is merely an attempt to highlight certain of those areas in which services were rendered to the Committee.

   A.  **Administrative / Case Management – Task Code A**

   (Hours Incurred: 67.0, Fees Requested: $33,210.30)

9. This category involves maintenance of the Opportune internal shared site for work papers, including uploading and organizing documents, coordinating user access to the shared site, indexing and general administrative maintenance, bill preparation (fee applications) and analysis, internal Opportune team meetings regarding case strategy and work streams, coordination of the various projects, project staffing, and other administrative matters necessary to perform services provided to the Committee.

B. **Coordination and Communication with Debtor Professionals – Task Code B**

(Hours Incurred:12.3, Fees Requested: $5,198.80)

10. This category involves general communication regarding case progress and status or with respect to case logistics and general case matters with Debtors and the Debtors' retained professionals via email, telephonically, or in person.

C. **Coordination and Communication with Committee Professionals – Task Code C**

(Hours Incurred:16.0, Fees Requested: $7,817.50)

11. This category involves communication regarding case progress and status or with respect to case logistics and general case matters with PJT Partners, Weil, Gotshal & Manges LLP, and other professionals and members of the Committee.

D. **Creditor Committee Meetings – Task Code D**

(Hours Incurred: 23.3, Fees Requested: $13,153.50)

12. This category relates to the preparation for and attendance at Committee meetings, conference calls with the Committee as a whole, with individual Committee members, and with the Committee's other advisors. Opportune participated in approximately 17 telephonic meetings, as well as one in-person meeting with the Debtors, their advisors and the Committee.

E. **Due Diligence – Task Code E**

(Hours Incurred: 83.2, Fees Requested: $46,506.50)

13. This category includes document review and the overall gathering of data/information at the request of the Committee, including the preparation of diligence request lists and tracking of data received, review of data room documents, and discussions with the Debtors and their advisors regarding materials requested and received.

F. **Financial Analysis / Modeling – Task Code F**

(Hours Incurred: 114.0, Fees Requested: $61,107.50)

14. This category includes financial and sensitivity analyses of the Debtors' business including valuation analyses related to the Debtors' assets, the analysis of the Debtors' business plan and financial projections and review and analysis of various budgets.

G. **Reserve Engineering – Task Code G**

(Hours Incurred: 447.0, Fees Requested: $135,722.50)

15. This category includes time spent reviewing the reserves and oil and gas assets of the Debtors by Opportune's reserve engineers. Materials included but were not limited to reserve reports and databases, type curves, production and operating results, and other operational data provided to Opportune by the Debtors. This analysis was critical to developing a solid foundation for the valuation of the underlying assets of the Debtors

H. **Restructuring Plan and Disclosure Statement – Task Code H**

(Hours Incurred: 5.0, Fees Requested: $3,025.00)

16. This category includes time spent reviewing and analyzing the Plan and related documents, including the disclosure statement (as amended, the "Disclosure Statement") in relation to the Plan.

I. **Tax Matters – Task Code I**

8

(Hours Incurred: 2.0, Fees Requested: $1,135.00)

17.   This category includes time spent reviewing and analyzing the Debtors' tax situation including NOL balances and expected tax assets and liabilities through and post-bankruptcy.

## VALUATION OF SERVICES

18.   The professionals of Opportune have expended a total of 769.7 hours in connection with this matter during the Compensation Period, as set forth in the chart attached hereto as Table 1 to **Exhibit A**. The nature of the work performed by Opportune is fully set forth in Table 2 to **Exhibit A** attached hereto.

19.   In accordance with the factors enumerated in Bankruptcy Code section 330, Opportune respectfully submits that the amount requested by Opportune is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered and (d) the value of such services. Moreover, Opportune has reviewed the requirements of Rule 2016-1 of the Local Rules and believes this Application complies with such Rules.

## ACTUAL AND NECESSARY DISBURSEMENTS

20.   As set forth in the summary sheets filed contemporaneously with this Application, Opportune made disbursements totaling $197.13 for actual, necessary expenses incurred in connection with Opportune's representation of the Committee during the Compensation Period. Opportune's disbursement policies pass through all out of pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. Other reimbursable expenses passed through "at cost" (whether the service is performed by Opportune in-house or through a third party vendor) include facsimiles, toll calls, overtime meals, deliveries, and travel. A summary of these disbursements by category is set forth in Table 3 to Exhibit A.

## BASIS FOR ALLOWANCE OF COMPENSATION AND EXPENSES

21.   Opportune was retained pursuant to Bankruptcy Code sections 328(a) and 1103(a). Moreover, the U.S. Trustee and Court have the right to review Opportune's fees subject to Bankruptcy Code section 330.

22.   Bankruptcy Code section 1103(a) provides, in relevant part, that the Committee, with the Court's approval, "may select and authorize the employment by such committee of one or more attorneys, accountants, or other agents, to represent or perform services for such committee." 11 U.S.C. § 1103(a). Bankruptcy code section 328(a) provides that the Committee, "with the court's approval, may employ or authorize the employment of a professional person under section…1103…on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

23. Section 330 of the Bankruptcy Code authorizes the Court to award professional persons employed pursuant to section 327 of the Bankruptcy Code reasonable compensation for actual and necessary services rendered and reimbursement for actual and necessary expenses incurred. *See* 11 U.S.C. §§327 and 330.

Specifically, section 330(a) of the Bankruptcy Code provides:

(1)   After notice to the parties in interest and United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a trustee, a consumer privacy ombudsman appointed under section 332, an examiner, an ombudsman appointed under section 333, or a professional person employed under section 327 or 1103 –

    (A)   reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and

    (B)   reimbursement for actual, necessary expenses…

* * *

10

(2)   In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

(A)   the time spent on such services;

(B)   the rates charged for such services;

(C)   whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11. U.S.C. § 330(a)(1) and (a)(3).

24.   Opportune respectfully submits that the services it rendered to the Committee have been necessary and in the best interests of the Committee and the Debtors' estates. The professional services rendered by Opportune during the Compensation Period required a high degree of professional competence and expertise so that the numerous bankruptcy, litigation, and other issues that arose during the Compensation Period could be addressed with skill and efficiency. Opportune submits that the services rendered to the Committee were performed efficiently and effectively, and that the results obtained have provided tangible, identifiable, and material benefits to the Debtors' estate.

25.   As stated above, Opportune's professionals have expended 769.7 hours during the Compensation Period in the representation of the Committee. All of the time spent was necessary and appropriate for the representation of the Committee in these cases by ensuring that the Debtors'

unsecured creditors were adequately represented. This is especially true when considering the nature of the issues that arose in these chapter 11 cases during the Compensation Period, *i.e.*, expeditiously analyzing the proposed Plan. Opportune submits that the hours spent were reasonable given the size and complexity of these cases. All of the services performed were necessary to assist the Committee in fulfilling its statutory duties and proceedings through these chapter 11 cases in an expeditious and efficient manner.

26.   Opportune's knowledge of the energy industry helped resolve a number of complex and novel issues. In order to provide the Committee with competent and helpful advice, Opportune drew upon many different areas of expertise, including restructuring, reserve engineering, tax, and others. The issues presented by this bankruptcy were complex, and, at times, contested. Under these circumstances, Opportune believes that this case was handled prudently and efficiently and that the amount of the fees incurred is reasonable under the circumstances present in this case.

## A.      The Skill Required to Perform the Professional Services Properly

27.   Opportune is a financial advisory firm which offers services in a wide variety of practice areas, including restructuring, land, reserve engineering, dispute resolution, outsourcing, tax, enterprise risk and corporate finance. Opportune's expertise in these areas was vital to the work on behalf of the Committee and demonstrated by Opportune's services provided in these cases. Due to the nature and complexity of the issues presented in these cases in particular around valuation, Opportune was required to exhibit a high degree of skill in areas related to bankruptcy and oil and gas expertise.

28.   The fees charged these Chapter 11 cases by Opportune are equal to or less than the rates charged by Opportune for services of a similar nature in other debtor and non-debtor representations. Opportune respectfully submits that the professional fees sought herein are not

unusual given the magnitude and complexity of these cases and the time expended in attending to the representation of the Committee, and are commensurate with fees Opportune has been awarded in other cases.

29. Pursuant to sections 330 and 331 of the Bankruptcy Code, all fees sought by professionals employed under section 1103 of the Bankruptcy Code are contingent pending final approval by this Court, and are subject to adjustment dependent upon the services rendered and the results obtained.

30. In accordance with the factors enumerated in sections 328 and 330 of the Bankruptcy Code, Opportune respectfully submits that the amounts requested by Opportune are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, and (d) the value of such services.

## <u>NO PRIOR REQUEST</u>

31. No prior application for the relief requested herein has been made to this or any other court.

*[Remainder of Page Left Intentionally Blank]*

**WHEREFORE**, Opportune respectfully requests entry of an order, substantially in the form attached hereto as **Exhibit C**, awarding final allowance of fees in the amount of $306,876.50 as compensation for necessary professional services and rendering the sum of $197.13 as reimbursement of actual necessary costs and expenses.

Dated: March 6, 2017
      Houston, Texas

Respectfully submitted,

**OPPORTUNE LLP**

/s/ Sean Clements
Sean Clements
711 Louisiana, Suite 3100
Houston, Texas 77002
Telephone:  (713) 237-4805
Facsimile:  (713) 702-6585

ADVISOR FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF ULTRA
PETROLEUM CORP., et al.

14

## CERTIFICATE OF COMPLIANCE

Sean Clements certifies as follows:

1.　　I am a Managing Director at Opportune LLP ("Opportune"), a financial advisory firm whose principal address is 711 Louisiana Street, Suite 3100, Houston, TX 77002.  I make this certification in accordance with Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules") regarding the contents of applications for compensation and expenses.

2.　　 I have read Opportune's interim fee application (the "Application") for allowance of compensation for services rendered and reimbursement of out of pocket expenses as advisor to the Official Committee of Unsecured Creditors (the "Committee") for the period of September 22, 2016 through February 28, 2017.  The Committee and the above-captioned Debtors will be provided a copy of the Application.  As of the date hereof, the Debtors have not reviewed or approved the Application.

3.　　I have reviewed the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

> */s/* Sean Clements
> Sean Clements

# **EXHIBIT A**

**Table 1**

**Summary of Individuals Performing Service for Opportune, LLP**

| Professional | Position | Total Hours |
|---|---|---|
| Ahmed, Farhana | Director | 193.0 |
| Barron, Allen | Managing Director | 78.0 |
| Bouley, Ryan | Managing Director | 14.0 |
| Bourne, Chad | Petroleum Engineer | 74.0 |
| Branum, Lloyd | Senior VP/Reservoir Geologist | 96.0 |
| Divine, Tom | Senior Consultant | 96.2 |
| Dreyer, Maggie | Consultant | 1.0 |
| Kucharski, Nathan | Reservoir Engineer | 19.0 |
| Lina, Kent | Reservoir Engineer | 74.0 |
| Loden, William | Managing Director | 1.0 |
| Phan, Priscilla | Senior Engineering Analyst | 36.0 |
| Rohan, Dennis | Director | 20.0 |
| Smith, Kenner | Engineering Analyst | 67.5 |
| **Total** | | **769.7** |

17

**Table 2**
**Summary of Fees by Category for the Fee Period**

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| A | Administrative | 67.0 | $33,210.30 |
| B | Coordination and Communication with Debtor Professionals / Meetings | 12.3 | $5,198.80 |
| C | Coordination and communication with Committee professionals | 16.0 | $7,817.50 |
| D | Creditor Committee Meetings | 23.3 | $13,153.50 |
| E | Due Diligence | 83.2 | $46,506.50 |
| F | Financial Analysis/Modeling | 114.0 | $61,107.50 |
| G | Reserve Engineering | 447.0 | $135,722.50 |
| H | Restructuring Plan and Disclosure Statement | 5.0 | $3,025.00 |
| I | Tax Matters | 2.0 | $1,135.00 |
| | **Total** | **769.7** | **$306,876.50** |

## Table 3
### Summary of Expenses for the Fee Period

| Expense Categories | Case Total |
|---|---|
| Overtime Meals | $197.13 |
| **Total** | **$197.13** |

## EXHIBIT B

**Detailed Description of Fees, Expenses and Disbursements**

**ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD SEPTEMBER 22, 2016 - SEPTEMBER 30, 2016*

| Date | Professional | Hours | Description | Category |
|------|-------------|-------|-------------|----------|
| 9/23/2016 | Barron, Allen C. | .50 | Conference call to discuss UPL project | Administrative |
| 9/29/2016 | Barron, Allen C. | 1.00 | Discussion with Farhana and planning for conference call | Administrative |
| 9/30/2016 | Barron, Allen C. | 1.00 | Conference call to discuss UPL project | Administrative |
| 9/30/2016 | Barron, Allen C. | .50 | Download data from company | Administrative |
| 9/30/2016 | Barron, Allen C. | 1.00 | Review presentation materials | Administrative |
| | **Grand Total** | **4.00** | | |

1

**ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2016 - OCTOBER 31, 2016*

| Date | Professional | Hours | Description | Category |
|------|--------------|-------|-------------|----------|
| 10/3/2016 | Ahmed, Farhana | 3.00 | Reviewing background on case | Due Diligence |
| 10/4/2016 | Ahmed, Farhana | 2.00 | Reviewing background on case | Due Diligence |
| 10/6/2016 | Ahmed, Farhana | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 10/7/2016 | Ahmed, Farhana | 1.00 | Reviewing dataroom | Due Diligence |
| 10/11/2016 | Ahmed, Farhana | 2.00 | Reading about Pinedale | Due Diligence |
| 10/13/2016 | Ahmed, Farhana | 1.00 | Researching historical Ultra drilling results | Due Diligence |
| 10/14/2016 | Ahmed, Farhana | 2.00 | Meeting with PJT team | Coordination and communication with Committee professionals |
| 10/24/2016 | Ahmed, Farhana | 1.00 | Reviewing information on Uinta basin | Due Diligence |
| 10/25/2016 | Ahmed, Farhana | 1.00 | Reviewing information on Pinedale | Due Diligence |
| 10/26/2016 | Ahmed, Farhana | 3.00 | Reviewing dataroom | Due Diligence |
| 10/26/2016 | Ahmed, Farhana | 2.00 | Preparing and reviewing information on Marcellus | Due Diligence |
| 10/27/2016 | Ahmed, Farhana | 4.00 | Preparation for meeting with Ultra management (due diligence list) | Due Diligence |
| 10/27/2016 | Ahmed, Farhana | 3.00 | Meeting with Debtors, UCC | Coordination and communication with Committee professionals |
| 10/28/2016 | Ahmed, Farhana | 1.00 | Organizing notes from meeting with Debtors | Due Diligence |
| 10/3/2016 | Barron, Allen C. | 3.00 | Discuss workstreams with Farhana on Pinedale | Administrative |
| 10/3/2016 | Barron, Allen C. | 2.00 | Discuss workstreams with Farhana on Marcellus, Uinta | Administrative |
| 10/4/2016 | Barron, Allen C. | 3.00 | Review asset information with Farhana on Pinedale | Reserve Engineering |
| 10/4/2016 | Barron, Allen C. | 2.00 | Review asset information with Farhana on Marcellus, Uinta | Reserve Engineering |
| 10/5/2016 | Barron, Allen C. | 1.00 | Meeting with PJT Partners (Matt O'Connell, Roland Lu) to discuss diligence questions | Coordination and communication with Committee professionals |
| 10/14/2016 | Barron, Allen C. | 1.50 | Review Pinedale and Jonah areas; discuss Pinedale producing and undeveloped type curves. | Reserve Engineering |
| 10/17/2016 | Barron, Allen C. | 1.50 | Review database for sorting of Pinedale well locations; review Utah properties. | Reserve Engineering |
| 10/19/2016 | Barron, Allen C. | 1.50 | Review Marcellus forecasts and undeveloped type curves | Reserve Engineering |
| 10/20/2016 | Barron, Allen C. | 0.50 | Discuss Ultra undeveloped reserve potential | Reserve Engineering |
| 10/20/2016 | Barron, Allen C. | 1.00 | Review Marcellus PUD reserves in comparison to PDP reserves | Reserve Engineering |
| 10/24/2016 | Barron, Allen C. | 1.50 | Discuss Pinedale review; Discuss Marcellus type curves. | Reserve Engineering |
| 10/26/2016 | Barron, Allen C. | 1.50 | Conference call with team | Reserve Engineering |
| 10/27/2016 | Barron, Allen C. | 2.50 | Meeting with UCC and Weil | Coordination and communication with Committee professionals |
| 10/27/2016 | Barron, Allen C. | 1.00 | Preparation for meeting with UCC and Weil | Reserve Engineering |
| 10/28/2016 | Barron, Allen C. | 1.50 | Conference call about meeting and discussion strategy | Administrative |
| 10/5/2016 | Bourne, Chad M. | 3.00 | Pennsylvania PDP forecasts | Reserve Engineering |
| 10/6/2016 | Bourne, Chad M. | 3.00 | Utah PDP forecasts | Reserve Engineering |
| 10/6/2016 | Bourne, Chad M. | 3.00 | Pinedale PDP forecasts | Reserve Engineering |
| 10/7/2016 | Bourne, Chad M. | 4.00 | Wyoming PDP forecasts | Reserve Engineering |
| 10/10/2016 | Bourne, Chad M. | 4.00 | Pinedale PDP forecasts | Reserve Engineering |
| 10/11/2016 | Bourne, Chad M. | 4.00 | Pinedale PDP forecasts | Reserve Engineering |
| 10/12/2016 | Bourne, Chad M. | 2.00 | Pinedale PDP forecasts | Reserve Engineering |
| 10/19/2016 | Bourne, Chad M. | 3.00 | Utah Aries database analysis - type curves | Reserve Engineering |
| 10/19/2016 | Bourne, Chad M. | 2.00 | Utah Aries database analysis - LOS statements | Reserve Engineering |
| 10/20/2016 | Bourne, Chad M. | 2.00 | Utah Aries database analysis - undeveloped locations | Reserve Engineering |
| 10/20/2016 | Bourne, Chad M. | 2.00 | Utah Aries database analysis - differentials | Reserve Engineering |
| 10/20/2016 | Bourne, Chad M. | 2.00 | Utah Aries database analysis - secondary recovery | Reserve Engineering |
| 10/20/2016 | Bourne, Chad M. | 2.00 | Utah Aries database analysis - review declines | Reserve Engineering |
| 10/21/2016 | Bourne, Chad M. | 3.00 | PA Marcellus - Aries Database analysis | Reserve Engineering |
| 10/21/2016 | Bourne, Chad M. | 3.00 | PA Marcellus - Aries Database analysis | Reserve Engineering |
| 10/26/2016 | Bourne, Chad M. | 2.00 | Pinedale, Marcellus, Uinta discussion | Reserve Engineering |
| 10/3/2016 | Branum, Lloyd B. | 3.00 | Familiarize self with database | Reserve Engineering |
| 10/3/2016 | Branum, Lloyd B. | 3.00 | Review data in database | Reserve Engineering |
| 10/4/2016 | Branum, Lloyd B. | 1.00 | Organize data | Administrative |
| 10/4/2016 | Branum, Lloyd B. | 2.00 | Review Marcellus, Uinta data in databse | Reserve Engineering |
| 10/4/2016 | Branum, Lloyd B. | 2.50 | Review Pinedale data in database | Reserve Engineering |
| 10/5/2016 | Branum, Lloyd B. | 1.50 | Review Marcellus, Uinta data in databse | Reserve Engineering |
| 10/5/2016 | Branum, Lloyd B. | 1.50 | Review Pinedale data in database | Reserve Engineering |
| 10/6/2016 | Branum, Lloyd B. | 3.00 | Calculate differentials for Marcellus, Uinta | Reserve Engineering |
| 10/6/2016 | Branum, Lloyd B. | 3.00 | Calculate differentials for Pinedale | Reserve Engineering |
| 10/6/2016 | Branum, Lloyd B. | 2.00 | Review LOS statements | Reserve Engineering |
| 10/7/2016 | Branum, Lloyd B. | 2.00 | Compare differentials to database | Reserve Engineering |
| 10/7/2016 | Branum, Lloyd B. | 3.00 | Compare LOS statements to LOS expenses in database | Reserve Engineering |
| 10/10/2016 | Branum, Lloyd B. | 3.00 | Comparison of differentials between Ralph. E. Davis and Netherland Sewell & Associates | Reserve Engineering |
| 10/10/2016 | Branum, Lloyd B. | 2.00 | Review PDP projections. | Reserve Engineering |
| 10/11/2016 | Branum, Lloyd B. | 4.00 | Rework operating cost comparisons, due to new data discovered | Reserve Engineering |
| 10/11/2016 | Branum, Lloyd B. | 3.50 | Database runs | Reserve Engineering |
| 10/12/2016 | Branum, Lloyd B. | 3.00 | Review of entries in database | Reserve Engineering |
| 10/18/2016 | Branum, Lloyd B. | 2.00 | Review Utah operating costs | Reserve Engineering |
| 10/18/2016 | Branum, Lloyd B. | 2.00 | Review Utah production | Reserve Engineering |
| 10/26/2016 | Branum, Lloyd B. | 2.00 | Review Utah operating costs, production | Reserve Engineering |
| 10/27/2016 | Branum, Lloyd B. | 2.50 | Meeting at Weil (UCC counsel) | Coordination and communication with Committee professionals |
| 10/28/2016 | Branum, Lloyd B. | 1.00 | Conference call with Allen Barron | Administrative |
| 10/6/2016 | Lina, Kent | 1.50 | Find old Pinedale Data and review | Reserve Engineering |
| 10/18/2016 | Lina, Kent | 4.00 | Compare drilling locations vs res rep | Reserve Engineering |
| 10/19/2016 | Lina, Kent | 1.50 | Review/discussion with team | Reserve Engineering |
| 10/20/2016 | Lina, Kent | 2.00 | Review Ultra dataroom materials | Reserve Engineering |
| 10/26/2016 | Lina, Kent | 1.00 | Prep for conference call | Reserve Engineering |
| 10/26/2016 | Lina, Kent | 1.00 | Conference call with Allen Barron | Reserve Engineering |
| 10/28/2016 | Lina, Kent | 1.75 | Review materials with Allen | Administrative |
| 10/5/2016 | Phan, Priscilla | 4.00 | Comparison runs for three different scenarios | Reserve Engineering |
| 10/6/2016 | Phan, Priscilla | 3.00 | Operating costs for Pinedale | Reserve Engineering |
| 10/6/2016 | Phan, Priscilla | 3.00 | Operating costs for Utah | Reserve Engineering |
| 10/6/2016 | Phan, Priscilla | 2.00 | Operating costs for Marcellus | Reserve Engineering |
| 10/7/2016 | Phan, Priscilla | 3.00 | Capital costs for Pinedale | Reserve Engineering |
| 10/7/2016 | Phan, Priscilla | 3.00 | Capital costs for Utah | Reserve Engineering |

2

**ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD OCTOBER 1, 2016 - OCTOBER 31, 2016*

| Date | Professional | Hours | Description | Category |
|------|-------------|-------|-------------|----------|
| 10/7/2016 | Phan, Priscilla | 2.00 | Capital costs for Marcellus | Reserve Engineering |
| 10/11/2016 | Phan, Priscilla | 3.00 | Differentials and expenses | Reserve Engineering |
| 10/17/2016 | Phan, Priscilla | 1.00 | Work on maps of Pinedale | Reserve Engineering |
| 10/18/2016 | Phan, Priscilla | 2.00 | Maps and well locations | Reserve Engineering |
| 10/19/2016 | Phan, Priscilla | 1.00 | Meeting with team | Reserve Engineering |
| 10/27/2016 | Phan, Priscilla | 5.00 | Run 4 different pricing scenarios | Reserve Engineering |
| 10/31/2016 | Phan, Priscilla | 2.00 | Run database | Reserve Engineering |
| 10/5/2016 | Rohan, Dennis | 1.00 | Meeting with PJT Partners (Matt O'Connell, Roland Lu) to discuss advisory role | Coordination and communication with Committee professionals |
| 10/19/2016 | Rohan, Dennis | 1.00 | Review information on Uinta reserves | Reserve Engineering |
| 10/20/2016 | Rohan, Dennis | 3.00 | Reviewed reserves in Utah | Reserve Engineering |
| 10/20/2016 | Rohan, Dennis | 2.00 | Prepared list of questions/things to consider. | Reserve Engineering |
| 10/21/2016 | Rohan, Dennis | 1.00 | Complete information summary on Utah reserves. | Reserve Engineering |
| 10/26/2016 | Rohan, Dennis | 4.00 | Evaluated assets in Utah; prepared spreadsheet with engineering information | Reserve Engineering |
| 10/26/2016 | Rohan, Dennis | 4.00 | Evaluated assets in Marcellus; prepared spreadsheet with engineering information | Reserve Engineering |
| 10/27/2016 | Rohan, Dennis | 4.00 | Evaluated assets in Pinedale; prepared spreadsheet with engineering information | Reserve Engineering |
| | **Grand Total** | **215.25** | | |

ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD NOVEMBER 1, 2016 - NOVEMBER 30, 2016*

| Date | Professional | Hours | Description | Category |
|---|---|---|---|---|
| 11/1/2016 | Ahmed, Farhana | 4.00 | Preparing followup question DD list | Due Diligence |
| 11/2/2016 | Ahmed, Farhana | 2.00 | Conference call with PJT | Coordination and communication with Committee professionals |
| 11/3/2016 | Ahmed, Farhana | 1.00 | Discussion with engineering team | Reserve Engineering |
| 11/4/2016 | Ahmed, Farhana | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 11/8/2016 | Ahmed, Farhana | 1.00 | Review Marcellus and Uinta decline curves | Reserve Engineering |
| 11/8/2016 | Ahmed, Farhana | 3.00 | Review decline curves in Pinedale | Reserve Engineering |
| 11/9/2016 | Ahmed, Farhana | 3.00 | Decline curve analysis | Due Diligence |
| 11/9/2016 | Ahmed, Farhana | 1.00 | Discussion with engineering team | Reserve Engineering |
| 11/11/2016 | Ahmed, Farhana | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 11/11/2016 | Ahmed, Farhana | 2.00 | Meeting with Engineering team | Reserve Engineering |
| 11/16/2016 | Ahmed, Farhana | 2.00 | Well spacing analysis | Due Diligence |
| 11/19/2016 | Ahmed, Farhana | 4.00 | Begin valuation analysis | Financial Analysis/Modeling |
| 11/19/2016 | Ahmed, Farhana | 1.00 | Review UCC presentation | Administrative |
| 11/22/2016 | Ahmed, Farhana | 1.00 | Call with engineering team | Reserve Engineering |
| 11/22/2016 | Ahmed, Farhana | 3.00 | Valuation analysis | Financial Analysis/Modeling |
| 11/23/2016 | Ahmed, Farhana | 5.00 | Valuation analysis | Financial Analysis/Modeling |
| 11/23/2016 | Ahmed, Farhana | 1.00 | Meeting with team to go over presentation | Administrative |
| 11/24/2016 | Ahmed, Farhana | 4.00 | Valuation analysis - Pinedale | Financial Analysis/Modeling |
| 11/24/2016 | Ahmed, Farhana | 2.00 | Valuation analysis - Uinta, Marcellus | Financial Analysis/Modeling |
| 11/25/2016 | Ahmed, Farhana | 1.00 | Review draft UCC presentation | Financial Analysis/Modeling |
| 11/25/2016 | Ahmed, Farhana | 3.00 | Valuation analysis | Financial Analysis/Modeling |
| 11/25/2016 | Ahmed, Farhana | 4.00 | Review comps for Ultra | Financial Analysis/Modeling |
| 11/26/2016 | Ahmed, Farhana | 2.00 | Discussion of presentation | Administrative |
| 11/26/2016 | Ahmed, Farhana | 5.00 | Valuation analysis | Financial Analysis/Modeling |
| 11/28/2016 | Ahmed, Farhana | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 11/28/2016 | Ahmed, Farhana | 1.00 | Review presentation | Financial Analysis/Modeling |
| 11/28/2016 | Ahmed, Farhana | 4.00 | Valuation analysis | Financial Analysis/Modeling |
| 11/29/2016 | Ahmed, Farhana | 4.00 | EUR analysis | Due Diligence |
| 11/29/2016 | Ahmed, Farhana | 4.00 | Valuation analysis | Financial Analysis/Modeling |
| 11/29/2016 | Ahmed, Farhana | 1.00 | Follow up meeting after conference call | Administrative |
| 11/29/2016 | Ahmed, Farhana | 1.00 | Conference call with Ultra Management | Coordination and communication with Debtor professionals |
| 11/30/2016 | Ahmed, Farhana | 4.50 | Review notes from conference call with Ultra management | Due Diligence |
| 11/30/2016 | Ahmed, Farhana | 1.00 | Discussion with Farhana | Administrative |
| 11/30/2016 | Ahmed, Farhana | .50 | Discussion with Allen | Administrative |
| 11/30/2016 | Ahmed, Farhana | 4.00 | Valuation analysis | Financial Analysis/Modeling |
| 11/2/2016 | Barron, Allen C. | 1.00 | Conference call with PJT to give update | Coordination and communication with Committee professionals |
| 11/3/2016 | Barron, Allen C. | 1.00 | Discussions with Farhana, Kent, reviewing database for 5 acre locations | Reserve Engineering |
| 11/4/2016 | Barron, Allen C. | 1.50 | Review Kent Lina's data | Reserve Engineering |
| 11/7/2016 | Barron, Allen C. | 2.50 | Review Type Curves, LOS & Capex statements, review database | Reserve Engineering |
| 11/8/2016 | Barron, Allen C. | 3.00 | Conference call to review decline curves on section in Pinedale, create trend curves | Reserve Engineering |
| 11/9/2016 | Barron, Allen C. | 1.00 | Conference call with engineering team | Reserve Engineering |
| 11/9/2016 | Barron, Allen C. | 2.00 | Download updated database | Reserve Engineering |
| 11/9/2016 | Barron, Allen C. | 2.50 | Develop new analysis on well spacing ultimate reserves for Pinedale | Reserve Engineering |
| 11/10/2016 | Barron, Allen C. | 2.00 | Work on decline curves | Reserve Engineering |
| 11/10/2016 | Barron, Allen C. | 2.00 | G Type curves | Reserve Engineering |
| 11/10/2016 | Barron, Allen C. | 2.50 | Marcellus economics comparisons | Reserve Engineering |
| 11/11/2016 | Barron, Allen C. | 1.00 | Conference call with Tom, Farhana | Reserve Engineering |
| 11/11/2016 | Barron, Allen C. | 2.00 | Discussions on type curves and data for presentation | Reserve Engineering |
| 11/11/2016 | Barron, Allen C. | 2.00 | Review economic runs at various price files; compile data on variable well counts, ultimate reserve | Reserve Engineering |
| 11/14/2016 | Barron, Allen C. | 1.50 | Review spacing calculations with Kent | Reserve Engineering |
| 11/14/2016 | Barron, Allen C. | 2.00 | Review LOE assumptions on Marcellus and Uinta areas | Reserve Engineering |
| 11/15/2016 | Barron, Allen C. | 2.50 | Review activity in Marcellus | Reserve Engineering |
| 11/16/2016 | Barron, Allen C. | 2.00 | Additional discussion on well spacing | Reserve Engineering |
| 11/16/2016 | Barron, Allen C. | 2.00 | Review data on Pinedale spacing | Reserve Engineering |
| 11/17/2016 | Barron, Allen C. | 2.00 | Review data on Marcellus type curves | Reserve Engineering |
| 11/17/2016 | Barron, Allen C. | 2.00 | Review data on Pinedale spacing issues | Reserve Engineering |
| 11/18/2016 | Barron, Allen C. | 1.00 | Conference call with engineering team | Reserve Engineering |
| 11/18/2016 | Barron, Allen C. | 2.00 | Review Marcellus type curves | Reserve Engineering |
| 11/22/2016 | Barron, Allen C. | .50 | Conference call with Branum, Ahmed | Reserve Engineering |
| 11/28/2016 | Barron, Allen C. | .50 | Discussion with Kent Lina | Reserve Engineering |
| 11/29/2016 | Barron, Allen C. | 1.50 | Conference call with Ultra Management | Coordination and communication with Debtor professionals |
| 11/30/2016 | Barron, Allen C. | .50 | Discussion with Farhana | Administrative |
| 11/21/2016 | Bouley, Ryan | 1.00 | Review Ultra materials | Administrative |
| 11/26/2016 | Bouley, Ryan | 2.00 | Discussion with Opportune Team | Administrative |
| 11/28/2016 | Bouley, Ryan | 1.00 | UCC conference call | Creditor Committee Meetings |
| 11/29/2016 | Bouley, Ryan | 1.00 | Conference call with Ultra Management | Coordination and communication with Debtor professionals |
| 11/1/2016 | Bourne, Chad M. | 1.00 | Type curve analysis | Reserve Engineering |
| 11/2/2016 | Bourne, Chad M. | 2.00 | Shale Experts research | Reserve Engineering |
| 11/8/2016 | Bourne, Chad M. | 2.00 | Conference call - Pinedale Type Curves - 5,10 acre spacing | Reserve Engineering |
| 11/9/2016 | Bourne, Chad M. | 2.00 | Pinedale Type Curves | Reserve Engineering |
| 11/9/2016 | Bourne, Chad M. | 2.00 | Uinta Type Curves | Reserve Engineering |
| 11/10/2016 | Bourne, Chad M. | 1.00 | Uinta type curves by section, vintage | Reserve Engineering |
| 11/10/2016 | Bourne, Chad M. | 1.00 | Review Netherland Sewell EURs | Reserve Engineering |
| 11/10/2016 | Bourne, Chad M. | 1.00 | PUD maps | Reserve Engineering |
| 11/10/2016 | Bourne, Chad M. | 1.00 | Review ARIES database | Reserve Engineering |
| 11/11/2016 | Bourne, Chad M. | 3.00 | Type curves - economic metrics and assumptions | Reserve Engineering |
| 11/15/2016 | Bourne, Chad M. | 3.00 | Marcellus, Uinta powerpoint presentations - top operators | Reserve Engineering |
| 11/17/2016 | Bourne, Chad M. | 2.00 | Marcellus type curves | Reserve Engineering |
| 11/17/2016 | Bourne, Chad M. | 2.00 | PhDWin database creation | Reserve Engineering |
| 11/18/2016 | Bourne, Chad M. | 2.00 | Marcellus type curves by county | Reserve Engineering |

**ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD NOVEMBER 1, 2016 - NOVEMBER 30, 2016*

| Date | Professional | Hours | Description | Category |
|---|---|---|---|---|
| 11/18/2016 | Bourne, Chad M. | 1.00 | Conference call with engineering team | Reserve Engineering |
| 11/1/2016 | Branum, Lloyd B. | 4.00 | Develop questions for Debtor regarding new database changes | Reserve Engineering |
| 11/2/2016 | Branum, Lloyd B. | 4.00 | Develop questions for Debtor regarding new database changes | Reserve Engineering |
| 11/3/2016 | Branum, Lloyd B. | 3.00 | New database runs; calculate PV of abandonment costs | Reserve Engineering |
| 11/3/2016 | Branum, Lloyd B. | 1.00 | Conference call with Allen, Kent | Reserve Engineering |
| 11/4/2016 | Branum, Lloyd B. | 1.00 | Follow up meeting after conference call | Administrative |
| 11/7/2016 | Branum, Lloyd B. | 2.00 | Review new database from Debtor | Reserve Engineering |
| 11/7/2016 | Branum, Lloyd B. | 2.00 | Review operating costs | Reserve Engineering |
| 11/8/2016 | Branum, Lloyd B. | 4.00 | Review capex by year | Reserve Engineering |
| 11/9/2016 | Branum, Lloyd B. | 4.00 | Create charts using capex by year data | Reserve Engineering |
| 11/9/2016 | Branum, Lloyd B. | 1.00 | Review Uinta capex | Reserve Engineering |
| 11/9/2016 | Branum, Lloyd B. | 1.00 | Conference call with engineering team | Reserve Engineering |
| 11/10/2016 | Branum, Lloyd B. | 4.00 | Create trend lines for Uinta | Reserve Engineering |
| 11/10/2016 | Branum, Lloyd B. | 2.50 | Compare operating expenses used in old database to new database | Reserve Engineering |
| 11/17/2016 | Branum, Lloyd B. | 1.00 | Hartmann letter | Reserve Engineering |
| 11/18/2016 | Branum, Lloyd B. | 2.00 | Review Hartman letter | Reserve Engineering |
| 11/18/2016 | Branum, Lloyd B. | 1.00 | Conference call with Allen Barron | Reserve Engineering |
| 11/22/2016 | Branum, Lloyd B. | 2.00 | Pinedale reconcilation | Reserve Engineering |
| 11/22/2016 | Branum, Lloyd B. | 2.00 | Pinedale reconcilation | Reserve Engineering |
| 11/23/2016 | Branum, Lloyd B. | 1.00 | Spreadsheet comparing operating costs | Reserve Engineering |
| 11/23/2016 | Branum, Lloyd B. | 1.00 | Conference call with engineering team | Administrative |
| 11/11/2016 | Divine, Tom | .50 | Discuss scope of UPL project with Farhana | Administrative |
| 11/11/2016 | Divine, Tom | 1.00 | Meeting with RED to discuss operating costs | Reserve Engineering |
| 11/11/2016 | Divine, Tom | 1.80 | Work on UCC presentation | Financial Analysis/Modeling |
| 11/14/2016 | Divine, Tom | 3.00 | Work on UCC presentation - numbers from Aries run | Financial Analysis/Modeling |
| 11/14/2016 | Divine, Tom | 2.30 | Work on UCC presentation - type curve graphs | Financial Analysis/Modeling |
| 11/15/2016 | Divine, Tom | 3.00 | Work on UCC presentation - asset overview | Financial Analysis/Modeling |
| 11/15/2016 | Divine, Tom | 2.00 | Work on UCC presentation - valuation charts | Financial Analysis/Modeling |
| 11/15/2016 | Divine, Tom | 2.00 | Work on UCC presentation - reserve report outputs | Financial Analysis/Modeling |
| 11/16/2016 | Divine, Tom | 2.00 | Pull EURs and D&C costs | Due Diligence |
| 11/16/2016 | Divine, Tom | 2.30 | Research comparable companies in PA, UT, WY | Due Diligence |
| 11/19/2016 | Divine, Tom | 1.30 | Review UCC presentation | Administrative |
| 11/20/2016 | Divine, Tom | 2.80 | Work on UCC presentation | Financial Analysis/Modeling |
| 11/22/2016 | Divine, Tom | 2.00 | Save down files from VDR | Administrative |
| 11/22/2016 | Divine, Tom | 2.80 | Look for EUR/D&C numbers in earnings transcripts | Due Diligence |
| 11/23/2016 | Divine, Tom | 1.00 | Meeting with team to go over presentation | Administrative |
| 11/23/2016 | Divine, Tom | 3.00 | Breakdown of production, EBITDA, etc by area - charts | Financial Analysis/Modeling |
| 11/25/2016 | Divine, Tom | 1.00 | Phone call with Farhana to get feedback on presentation | Administrative |
| 11/25/2016 | Divine, Tom | 2.00 | Work on UCC presentation - asset overview | Financial Analysis/Modeling |
| 11/25/2016 | Divine, Tom | 2.00 | Pull EURs and D&C costs | Due Diligence |
| 11/28/2016 | Divine, Tom | 1.00 | Phone call with Farhana to get feedback on presentation | Administrative |
| 11/28/2016 | Divine, Tom | 2.00 | Calculate average EURs and D&C costs for Uinta | Financial Analysis/Modeling |
| 11/28/2016 | Divine, Tom | 2.00 | Calculate average EURs and D&C costs for Marcellus | Financial Analysis/Modeling |
| 11/28/2016 | Divine, Tom | 2.80 | Calculate average EURs and D&C costs for Pinedale | Financial Analysis/Modeling |
| 11/29/2016 | Divine, Tom | 1.00 | Conference call with Ultra management | Coordination and communication with Debtor professionals |
| 11/29/2016 | Divine, Tom | 1.00 | Follow up meeting after conference call | Administrative |
| 11/30/2016 | Divine, Tom | 2.00 | Research comparable G&A stats | Due Diligence |
| 11/30/2016 | Divine, Tom | 2.30 | Review LOS statements | Due Diligence |
| 11/30/2016 | Divine, Tom | 1.00 | Refine average EUR and D&C data and charts | Financial Analysis/Modeling |
| 11/9/2016 | Kucharski, Nathan | 3.00 | Create trend curves for Uinta, Three Rivers Field | Reserve Engineering |
| 11/10/2016 | Kucharski, Nathan | 2.00 | Review individual PDP projections | Reserve Engineering |
| 11/10/2016 | Kucharski, Nathan | 2.00 | Use NSAI EURs and map to create section PDP curves | Reserve Engineering |
| 11/11/2016 | Kucharski, Nathan | 2.00 | Build excel for Assumptions by Area for Marcellus, Uinta | Reserve Engineering |
| 11/11/2016 | Kucharski, Nathan | 2.00 | Build excel for Assumptions by Area for Pinedale | Reserve Engineering |
| 11/15/2016 | Kucharski, Nathan | 2.00 | Economic assumptions for each play in Uinta Basin | Reserve Engineering |
| 11/15/2016 | Kucharski, Nathan | 2.00 | Put together power point of economic assumptions for Uinta Basin | Reserve Engineering |
| 11/16/2016 | Kucharski, Nathan | 2.00 | Type curve analysis | Reserve Engineering |
| 11/20/2016 | Kucharski, Nathan | 1.00 | Review and update Marcellus assumptions spreadsheet | Reserve Engineering |
| 11/23/2016 | Kucharski, Nathan | 1.00 | Conference Call with team | Administrative |
| 11/3/2016 | Lina, Kent | 1.00 | Discussion with Allen, Ben Branum | Reserve Engineering |
| 11/3/2016 | Lina, Kent | 3.00 | Get new database and check on the drilling rate | Reserve Engineering |
| 11/4/2016 | Lina, Kent | 1.00 | Discussion with Allen | Reserve Engineering |
| 11/4/2016 | Lina, Kent | 2.50 | Start working on type curves | Reserve Engineering |
| 11/6/2016 | Lina, Kent | 3.00 | Powerpoint slides with Uinta/Marcellus type curves | Reserve Engineering |
| 11/6/2016 | Lina, Kent | 2.00 | Charts showing well counts | Reserve Engineering |
| 11/7/2016 | Lina, Kent | 1.00 | Review Drilling and Completion costs | Reserve Engineering |
| 11/8/2016 | Lina, Kent | 1.00 | Discussion with Allen, prep for conference call | Reserve Engineering |
| 11/8/2016 | Lina, Kent | 1.50 | Conference call with engineering team | Reserve Engineering |
| 11/8/2016 | Lina, Kent | 2.50 | Requests, follow up from conference call | Reserve Engineering |
| 11/9/2016 | Lina, Kent | 1.00 | Discussion with Allen and engineering team | Reserve Engineering |
| 11/9/2016 | Lina, Kent | 1.50 | Download new database | Reserve Engineering |
| 11/10/2016 | Lina, Kent | 2.00 | Remove duplicate wells from Uinta, Marcellus database | Reserve Engineering |
| 11/10/2016 | Lina, Kent | 2.00 | Remove duplicate wells from Pinedale database | Reserve Engineering |
| 11/11/2016 | Lina, Kent | 2.00 | Prepare PUD assumptions | Reserve Engineering |
| 11/12/2016 | Lina, Kent | 2.00 | Drilling and Completion costs | Reserve Engineering |
| 11/12/2016 | Lina, Kent | 2.00 | Well spacing | Reserve Engineering |
| 11/12/2016 | Lina, Kent | 2.00 | Well spacing vs EURs | Reserve Engineering |
| 11/12/2016 | Lina, Kent | 2.00 | Prepare maps | Reserve Engineering |
| 11/13/2016 | Lina, Kent | 3.00 | Well spacing | Reserve Engineering |
| 11/13/2016 | Lina, Kent | 3.00 | Work on powerpoint for well spacing | Reserve Engineering |

**ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD NOVEMBER 1, 2016 - NOVEMBER 30, 2016*

| Date | Professional | Hours | Description | Category |
|------|-------------|-------|-------------|----------|
| 11/13/2016 | Lina, Kent | 1.50 | Drilling and Completion costs | Reserve Engineering |
| 11/14/2016 | Lina, Kent | 2.00 | Discussion with Allen | Reserve Engineering |
| 11/14/2016 | Lina, Kent | 2.00 | Well spacing vs. EUR map | Reserve Engineering |
| 11/14/2016 | Lina, Kent | 2.00 | Well spacing vs EUR excel | Reserve Engineering |
| 11/21/2016 | Lina, Kent | 1.50 | Prepare for conference call | Reserve Engineering |
| 11/22/2016 | Lina, Kent | 3.50 | Respond to questions from team | Reserve Engineering |
| 11/23/2016 | Lina, Kent | 1.00 | Conference call with team | Administrative |
| 11/23/2016 | Lina, Kent | 1.75 | Work on requests from team; prepare for conference call | Reserve Engineering |
| 11/28/2016 | Lina, Kent | .75 | Review data with Allen | Reserve Engineering |
| 11/29/2016 | Lina, Kent | .50 | Prep for conference call | Reserve Engineering |
| 11/29/2016 | Lina, Kent | 1.25 | Conference call with Ultra management | Coordination and communication with Debtor professionals |
| 11/4/2016 | Phan, Priscilla | 1.00 | Meeting with engineering team | Reserve Engineering |
| 11/8/2016 | Phan, Priscilla | 1.00 | Meeting with engineering team | Reserve Engineering |
| 11/3/2016 | Smith, Kenner | 3.00 | Ran cash flow summaries by state and reserve category | Reserve Engineering |
| 11/4/2016 | Smith, Kenner | 1.00 | Conference call with engineering team | Reserve Engineering |
| 11/4/2016 | Smith, Kenner | 1.00 | Pull Pinedale field wellcounts by operator | Reserve Engineering |
| 11/9/2016 | Smith, Kenner | 1.00 | Conference call with engineering team | Reserve Engineering |
| 11/9/2016 | Smith, Kenner | 2.00 | Transferred forecasts from old database to new one | Reserve Engineering |
| 11/10/2016 | Smith, Kenner | 2.00 | Ran PV-9 and PV-10 with High and Low price scenarios | Reserve Engineering |
| 11/10/2016 | Smith, Kenner | 2.00 | Ran PV-9 and PV-10 with Strip and $40/$2 price scenarios | Reserve Engineering |
| 11/10/2016 | Smith, Kenner | 2.00 | Ran PV-9 and PV-10 with $45/$2.50 and $50/$3 price scenarios | Reserve Engineering |
| 11/10/2016 | Smith, Kenner | 2.00 | Ran PV-9 and PV-10 with $55/$3.50 and $60/$4 price scenarios | Reserve Engineering |
| 11/11/2016 | Smith, Kenner | 1.00 | Created 50 year economic spreadsheet for Marcellus | Reserve Engineering |
| 11/11/2016 | Smith, Kenner | 1.00 | Created 50 year economic spreadsheet for Uinta | Reserve Engineering |
| 11/11/2016 | Smith, Kenner | 2.00 | Created 50 year economic spreadsheet for Wyoming | Reserve Engineering |
| 11/16/2016 | Smith, Kenner | 3.00 | Extracted pricing scenarios from database; created PhDWin databse showing PA & marcellus comp | Reserve Engineering |
| 11/17/2016 | Smith, Kenner | 2.50 | Added completion dates, spud dates, and well status to wells in database | Reserve Engineering |
| 11/22/2016 | Smith, Kenner | 1.00 | Conference call with Allen Barron | Reserve Engineering |
| 11/22/2016 | Smith, Kenner | 2.00 | Ran one liner reports | Reserve Engineering |
| 11/22/2016 | Smith, Kenner | 3.00 | Calculated EUR averages in the Pinedale area for PDPs and PUDs | Reserve Engineering |
| 11/23/2016 | Smith, Kenner | 2.00 | Ran PV-9 and PV-10 valuation summaries by area for High/Low price scenarios | Reserve Engineering |
| 11/23/2016 | Smith, Kenner | 2.00 | Ran PV-9 and PV-10 valuation summaries by area for Strip & $40/$2 price scenarios | Reserve Engineering |
| 11/23/2016 | Smith, Kenner | 2.00 | Ran PV-9 and PV-10 valuation summaries by area for $45/$2.50 & $50/$3 price scenarios | Reserve Engineering |
| 11/23/2016 | Smith, Kenner | 1.00 | Ran PV-9 and PV-10 valuation summaries by area for $55/$3.50 & $60/$4 price scenarios | Reserve Engineering |
| 11/28/2016 | Smith, Kenner | 1.00 | Exported Pinedale drilling schedule by year | Reserve Engineering |
| 11/29/2016 | Smith, Kenner | 1.00 | Conference call with Ultra management | Coordination and communication with Debtor professionals |
| 11/29/2016 | Smith, Kenner | 2.00 | Ran Prudential strip, high, low pricing scenarios | Reserve Engineering |
| 11/29/2016 | Smith, Kenner | 3.00 | Ran one liner reports and cash flow reports for prudential pricing scenarios | Reserve Engineering |
| 11/30/2016 | Smith, Kenner | 1.00 | Meeting with Farhana | Reserve Engineering |

| **Grand Total** | | **382.65** | | |

6

**ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD DECEMBER 1, 2016 - DECEMBER 31, 2016*

| Date | Professional | Hours | Description | Category |
|---|---|---|---|---|
| 12/1/2016 | Ahmed, Farhana | 2.00 | Review capex projections | Due Diligence |
| 12/2/2016 | Ahmed, Farhana | 4.00 | Review maps, drilling locations | Due Diligence |
| 12/2/2016 | Ahmed, Farhana | 4.50 | Valuation analysis | Financial Analysis/Modeling |
| 12/2/2016 | Ahmed, Farhana | 1.50 | Conference call with Ultra Management | Coordination and communication with Debtor professionals |
| 12/3/2016 | Ahmed, Farhana | 3.00 | Capex review | Due Diligence |
| 12/3/2016 | Ahmed, Farhana | 4.00 | Valuation analysis | Financial Analysis/Modeling |
| 12/4/2016 | Ahmed, Farhana | 4.00 | Look at UPL comps in Marcellus, Uinta | Due Diligence |
| 12/4/2016 | Ahmed, Farhana | 4.00 | Valuation analysis | Financial Analysis/Modeling |
| 12/5/2016 | Ahmed, Farhana | 3.00 | EURs, D&C cost analysis | Due Diligence |
| 12/5/2016 | Ahmed, Farhana | 4.00 | Valuation analysis | Financial Analysis/Modeling |
| 12/5/2016 | Ahmed, Farhana | 1.00 | Review drilling locations on map | Due Diligence |
| 12/6/2016 | Ahmed, Farhana | 3.00 | Valuation analysis | Financial Analysis/Modeling |
| 12/6/2016 | Ahmed, Farhana | 4.00 | Review engineering database and details | Reserve Engineering |
| 12/7/2016 | Ahmed, Farhana | 3.00 | Research regulatory limitations on drilling in Pinedale | Due Diligence |
| 12/7/2016 | Ahmed, Farhana | 4.00 | Prepare for conference call with UCC | Creditor Committee Meetings |
| 12/7/2016 | Ahmed, Farhana | 2.00 | Valuation analysis | Financial Analysis/Modeling |
| 12/8/2016 | Ahmed, Farhana | 1.00 | UCC Conference Call - Valuation Presentation | Creditor Committee Meetings |
| 12/9/2016 | Ahmed, Farhana | 1.00 | Call with PJT re: reserves | Coordination and communication with Committee professionals |
| 12/11/2016 | Ahmed, Farhana | 3.00 | Review G&A costs | Financial Analysis/Modeling |
| 12/12/2016 | Ahmed, Farhana | 3.00 | Review LOE costs | Financial Analysis/Modeling |
| 12/12/2016 | Ahmed, Farhana | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 12/13/2016 | Ahmed, Farhana | 4.00 | Review updated dataroom | Due Diligence |
| 12/15/2016 | Ahmed, Farhana | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 12/19/2016 | Ahmed, Farhana | 5.00 | Work on fee application | Administrative |
| 12/19/2016 | Ahmed, Farhana | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 12/2/2016 | Barron, Allen C. | 1.50 | Conference call with Ultra Management | Coordination and communication with Debtor professionals |
| 12/5/2016 | Barron, Allen C. | 1.00 | Review asset summary | Reserve Engineering |
| 12/7/2016 | Barron, Allen C. | .50 | Discussion with Farhana to prepare for conference call with UCC | Creditor Committee Meetings |
| 12/12/2016 | Bouley, Ryan | 1.00 | UCC conference call | Creditor Committee Meetings |
| 12/13/2016 | Bouley, Ryan | 1.00 | Discussion with Opportune Team | Administrative |
| 12/15/2016 | Bouley, Ryan | 1.00 | Discussion with Opportune Team | Administrative |
| 12/20/2016 | Bouley, Ryan | 1.00 | Review Ultra materials | Administrative |
| 12/27/2016 | Bouley, Ryan | 1.00 | Review Ultra materials | Administrative |
| 12/5/2016 | Bourne, Chad M. | 4.00 | Pinedale 40 acre location ultimate recoveries by section, township range on map | Reserve Engineering |
| 12/1/2016 | Divine, Tom | 3.00 | Asset summaries for presentation for Marcellus and Uinta | Financial Analysis/Modeling |
| 12/1/2016 | Divine, Tom | 1.80 | Historical production data for Marcellus and Uinta | Due Diligence |
| 12/2/2016 | Divine, Tom | 1.50 | Conference call with Ultra to discuss EURs | Coordination and communication with Debtor professionals |
| 12/2/2016 | Divine, Tom | 2.00 | Discussion about maps, engineering, EURs | Reserve Engineering |
| 12/2/2016 | Divine, Tom | 3.00 | Put together valuation slide with RAF factors. | Financial Analysis/Modeling |
| 12/3/2016 | Divine, Tom | 1.50 | Review capex in database and compare to financial model | Financial Analysis/Modeling |
| 12/4/2016 | Divine, Tom | 1.50 | Research comparable EUR and D&C costs in Marcellus | Due Diligence |
| 12/5/2016 | Divine, Tom | 2.00 | Analyze comparable EURs and D&C costs for all regions | Due Diligence |
| 12/5/2016 | Divine, Tom | 2.80 | Scrub presentation to check that all numbers are correct | Financial Analysis/Modeling |
| 12/6/2016 | Divine, Tom | 1.00 | Meet with Kenner and Farhana to go over database | Reserve Engineering |
| 12/6/2016 | Divine, Tom | 1.00 | Review Record of Decision | Due Diligence |
| 12/7/2016 | Divine, Tom | 2.50 | Split up all data for Wyoming into Pinedale and Jonah | Financial Analysis/Modeling |
| 12/8/2016 | Divine, Tom | 1.30 | Call with UCC for Farhana to deliver presentation | Creditor Committee Meetings |
| 12/12/2016 | Divine, Tom | .50 | UCC conference call | Creditor Committee Meetings |
| 12/15/2016 | Divine, Tom | 1.00 | Review G&A, LOE | Due Diligence |
| 12/15/2016 | Divine, Tom | 1.50 | Begin working on fee application | Administrative |
| 12/19/2016 | Divine, Tom | .50 | UCC conference call | Creditor Committee Meetings |
| 12/20/2016 | Divine, Tom | 2.90 | Fee application | Administrative |
| 12/21/2016 | Divine, Tom | 4.20 | Fee application | Administrative |
| 12/2/2016 | Dreyer, Maggie | 1.00 | Review tax basis data and restructuring plan for tax effect; submit questions to restructuring team | Tax Matters |
| 12/2/2016 | Lina, Kent | 1.50 | Review data for conference call | Reserve Engineering |
| 12/8/2016 | Lina, Kent | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 12/9/2016 | Loden, William | 1.00 | Review tax basis data and restructuring plan for tax effect; submit questions to restructuring team | Tax Matters |
| 12/1/2016 | Smith, Kenner | 3.00 | Looked into capex difference between pricing scenarios | Reserve Engineering |
| 12/2/2016 | Smith, Kenner | 1.00 | Conference call with Ultra management | Coordination and communication with Debtor professionals |
| 12/2/2016 | Smith, Kenner | 3.00 | Imported PUD locations into Petra | Reserve Engineering |
| 12/2/2016 | Smith, Kenner | 3.00 | Ran 12/1/2016 strip pricing, analysis of Pinedale 40-acre EURs | Reserve Engineering |
| 12/5/2016 | Smith, Kenner | 3.00 | Pulled differentials, re-ran 12/1 strip price | Reserve Engineering |
| 12/6/2016 | Smith, Kenner | 1.00 | Meeting with Farhana and Tom to discuss database | Reserve Engineering |
| 12/6/2016 | Smith, Kenner | 2.50 | Ran economics for Pinedale and Jonah for post 2025 | Reserve Engineering |
| 12/7/2016 | Smith, Kenner | 3.50 | Export of monthly wellcount from 7/2015 to 6/2016 | Reserve Engineering |
| 12/8/2016 | Smith, Kenner | 1.00 | Export of monthly wellcount by area | Reserve Engineering |
| | **Grand Total** | **144.00** | | |

7

**ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD JANUARY 1, 2017 - JANUARY 31, 2017*

| Date | Professional | Hours | Description | Category |
|------|-------------|-------|-------------|----------|
| 1/3/2017 | Ahmed, Farhana | 5.00 | Work on fee application | Administrative |
| 1/3/2017 | Ahmed, Farhana | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 1/3/2017 | Bouley, Ryan | 1.00 | UCC conference call | Creditor Committee Meetings |
| 1/6/2017 | Ahmed, Farhana | 2.00 | Reviewing disclosure statement | Restructuring Plan and Disclosure Statement |
| 1/9/2017 | Ahmed, Farhana | 1.00 | UCC Conference Call | Creditor Committee Meetings |
| 1/9/2017 | Ahmed, Farhana | 3.00 | Reviewing disclosure statement | Restructuring Plan and Disclosure Statement |
| 1/10/2017 | Bouley, Ryan | 1.00 | Discussion with Opportune Team | Administrative |
| 1/18/2017 | Divine, Tom | 1.00 | UCC conference call | Creditor Committee Meetings |
| 1/18/2017 | Divine, Tom | .50 | Review recent bankruptcy events | Administrative |
| 1/23/2017 | Divine, Tom | .50 | UCC conference call | Creditor Committee Meetings |
| | **Grand Total** | **16.00** | | |

8

**ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202**
**DETAIL OF TIME ENTRIES**
*FOR THE PERIOD FEBRUARY 1, 2017 - FEBRUARY 28, 2017*

| Date | Professional | Hours | Description | Category |
|------|-------------|-------|-------------|----------|
| 2/6/2017 | Bouley, Ryan | 1.00 | Discussion with Opportune Team | Administrative |
| 2/7/2017 | Bouley, Ryan | 1.00 | Discussion with Opportune Team | Administrative |
| 2/8/2017 | Divine, Tom | .50 | UCC conference call | Creditor Committee Meetings |
| 2/13/2017 | Divine, Tom | .50 | UCC conference call | Creditor Committee Meetings |
| 2/27/2017 | Divine, Tom | 2.30 | Fee application | Administrative |
| 2/28/2017 | Divine, Tom | 2.50 | Fee application | Administrative |
| | **Grand Total** | **7.80** | | |

**ULTRA PETROLEUM CORP., et al., CASE NO. 16-32202**
**EXPENSE DETAIL**
*FOR THE PERIOD SEPTEMBER 22, 2016 - FEBRUARY 28, 2017*

| Date | Professional | Expense Type | Expense Detail | | Amount |
|------|-------------|--------------|----------------|---|--------|
| 10/26/2016 | Ahmed, Farhana | Overtime Meal | Late night meal | $ | 26.19 |
| 10/27/2016 | Ahmed, Farhana | Overtime Meal | Late night meal | | 21.65 |
| 11/21/2016 | Ahmed, Farhana | Overtime Meal | Late night meal | | 43.30 |
| 11/22/2016 | Ahmed, Farhana | Overtime Meal | Late night meal | | 40.59 |
| 11/23/2016 | Ahmed, Farhana | Overtime Meal | Late night meal | | 22.73 |
| 11/30/2016 | Ahmed, Farhana | Overtime Meal | Late night meal | | 7.58 |
| 12/4/2016 | Ahmed, Farhana | Overtime Meal | Late night meal | | 21.37 |
| 11/14/2016 | Divine, Tom | Overtime Meal | Late night meal | | 13.72 |
| **Grand Total** | | | | $ | **197.13** |

10

**EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ULTRA PETROLEUM CORP., et al., | ) Case No. 16-32202 (MI) |
| | ) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING FIRST FEE APPLICATION OF OPPORTUNE LLP FOR
ALLOWANCE AND PAYMENT OF FEE AND EXPENSES AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM SEPTEMBER 22, 2016 THROUGH FEBRUARY 28, 2017**

Upon the First Fee Application of Opportune LLP ("**Opportune**"), Financial Advisor to the Official Committee of Unsecured Creditors, For the Period From September 22, 2016 through February 28, 2017 (the "**Application**"),[1] and good cause existing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.  Compensation to Opportune for professional services rendered during the Compensation Period is allowed in the amount of $306,876.50.

2.  Reimbursement to Opportune for expenses incurred during the Compensation Period is allowed in the amount of $197.13.

3.  The Debtors are authorized and directed to pay Opportune all fees and expenses allowed pursuant to this Order.

Dated: _____, 2017
       Houston, Texas

 

_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.