

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
06/07/2017

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ULTRA PETROLEUM CORP., *et al.*, | § | Case No. 16–32202 (MI) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | Re: Docket No. __ |

**ORDER GRANTING SECOND INTERIM AND FINAL FEE**
**APPLICATION OF WEIL, GOTSHAL & MANGES LLP, COUNSEL TO THE**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR THE PERIOD**
**COMMENCING MAY 16, 2016 THROUGH AND INCLUDING MARCH 14, 2017**

Upon the Second Interim and Final Fee Application of Weil, Gotshal & Manges LLP

("**Weil**"), Counsel to the Official Committee of Unsecured Creditors, for the Period from May 16,

2016 Through and Including March 14, 2017 (the "**Application**");[1] and good cause existing

therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.      Compensation to Weil for professional services rendered during the

Second Compensation Period is allowed on an interim and final basis in the amount of

$1,521,786.50.

2.      Reimbursement to Weil for expenses incurred during the Second

Compensation Period is allowed on an interim and final basis in the amount of $36,956.22.

3.      Compensation to Weil for professional services rendered during the Final

Compensation Period is allowed on a final basis in the amount of $2,321,592.00.

4.      Reimbursement to Weil for expenses incurred during the Final

Compensation Period is allowed on a final basis in the amount of $47,002.00.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

WEIL:\96081052\5\66079.0003

2

5.      The Debtors are authorized and directed to pay Weil all fees and expenses allowed pursuant to this Order.


Signed:

        June 07, 2017

_____
                    Marvin Isgur
           United States Bankruptcy Judge


2

WEIL:\96081052\5\66079.0003