

ENTERED
10/26/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ULTRA PETROLEUM CORP., *et al* | § | CASE NO: 16-32202 |
| | § | |
| | § | CASE NO: 16-03272 |
| | § | |
| ULTRA RESOURCES, INC. | § | CASE NO: 16-32204 |
| | § | |
| ULTRA WYOMING, INC. | § | CASE NO: 16-32205 |
| | § | |
| ULTRA WYOMING LGS, LLC | § | CASE NO: 16-32206 |
| | § | |
| UP ENERGY CORPORATION | § | CASE NO: 16-32207 |
| | § | |
| UPL PINEDALE, LLC | § | CASE NO: 16-32208 |
| | § | |
| UPL THREE RIVERS HOLDINGS, LLC | § | CASE NO: 16-32209 |
| | § | **Jointly Administered Order** |
| Debtors | § | |
| | § | **CHAPTER 11** |

## **ORDER**

Judgment will be entered against the Debtors. Within 7 days, the parties must submit a proposed form of judgment, substantially in conformance with the following:

JUDGMENT

For the reasons set forth in the Court's October 26, 2020 Memorandum Opinion, Judgment is entered against _____ and in favor of _____:

1. No refund is owed to the Debtors on account of the Make-Whole Claims.

2. Judgment is entered for $_____ on account of the Interest Claims.

3. Costs are awarded against _____.

4. All other relief is denied.

SIGNED **October 26, 2020.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE