United States Bankruptcy Court
Southern District of Texas
ENTERED
September 23, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED
September 22, 2022
Nathan Ochsner, Clerk

Reorganized Debtors, §
§      Civil Action H-20-3839
    Appellant, §
§

*In re* §      Bankruptcy 16-32202
Ultra Petroleum Corp., §
§
    Debtor. §

## Order on Dismissal

Since the Bankruptcy Court for the Southern District of Texas certified the decisions at issue in this appeal for direct appeal to the Fifth Circuit, and no further steps are required in this Court, this case is closed.

Signed on September **22**, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge